IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| FIRESTONE FINANCIAL, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIV. ACT. NO. 3:22-cv-568-ECM |
| | ) | (WO) |
| CYBERZONE, LLC, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered on this date, it is the

ORDER, JUDGMENT and DECREE of the Court that judgment is entered in favor of the Plaintiff and against the Defendants, and this case is DISMISSED with prejudice. It is further

ORDERED that the costs of this proceeding are taxed against the Defendants for which execution may issue.

The Clerk is DIRECTED to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 17th day of May, 2023.

_____/s/ Emily C. Marks_____
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE